UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

|  |  |
|---|---|
| DAN WEESE and<br>CHERYL SULT-WEESE,<br><br>        Plaintiffs,<br><br>v.<br><br>KALAMAZOO COUNTY<br>MENTAL HEALTH, et al.,<br><br>        Defendant. | Case No. 1:15-cv-241<br><br>Honorable Paul L. Maloney<br><br>**MEMORANDUM OPINION** |

       This is another civil action brought *pro se* by Dan Weese and Cheryl Sult-Weese. The court has granted plaintiffs leave to proceed *in forma pauperis*, in light of their indigence. (docket # 4). Under the provisions of federal law, the court is required to dismiss any action brought *in forma pauperis* if the complaint is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant immune from such relief. 28 U.S.C. § 1915(e)(2). Other than its filing date, this lawsuit is essentially indistinguishable from plaintiffs' lawsuit that Judge Janet T. Neff of this court dismissed on March 5, 2015, for failure to state a claim upon which relief may be granted. *See Dan Weese, et al. v. Kalamazoo County Mental Health, et al.*, 1:15-cv-126 (W.D. Mich. March 5, 2015). Once again, plaintiffs' complaint against defendants is entirely conclusory and fails to allege facts sufficient to state a claim upon which relief may be granted.

## **Conclusion**

For the reasons stated by Judge Neff in her decision earlier this month, plaintiffs' complaint will be dismissed for failure to state a claim upon which relief may be granted.


Dated:  March 24, 2015                           /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge