UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAN WEESE and <br> CHERYL SULT-WEESE, <br><br> Plaintiffs, <br><br> v. <br><br> KALAMAZOO COUNTY <br> MENTAL HEALTH, et al., <br><br> Defendant. | Case No. 1:15-cv-241 <br><br> Honorable Paul L. Maloney <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion entered this date:

IT IS ORDERED that plaintiffs' complaint is hereby DISMISSED for failure to state a claim upon which relief may be granted.


Dated:   March 24, 2015            /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge